Paul D. Powell, Esq.
Nevada Bar No. 7488
The Powell Law Firm
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER MARTINEZ, individually, | )<br>) CASE NO. 2:19-cv-00603-JAD-NJK<br>) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **STIPULATION AND ORDER TO EXTEND** |
| JAMES RIVER INSURANCE COMPANY, DOES | ) **THE DEADLINE FOR FILING THE JOINT** |
| I-X, and ROE CORPORATIONS I-X, inclusive, | ) **PRETRIAL ORDER** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Plaintiff JENNIFER MARTINEZ, by and through her attorney PAUL D. POWELL, ESQ., of the law firm THE POWELL LAW FIRM and Defendant JAMES RIVER INSURANCE COMPANY, by and through their attorneys JARED G. CHRISTENSEN, ESQ., LUCIAN J. GRECO, ESQ., and DELEELA M. WEINERMAN, ESQ., hereby stipulate and agree to continue the deadline to file the Joint Pretrial Order from May 4, 2020 to June 4, 2020 so the parties can

/ / /

/ / /

/ / /

/ / /

/ / /

finalize the agreement to submit this case to a binding arbitrattion.

DATED this 4th day of May, 2020.                    DATED this 4th day of May, 2020.

THE POWELL LAW FIRM                                 BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Paul D. Powell                              By: /s/ Deleela M. Weinerman
    Paul D. Powell, Esq.                            Lucian J. Greco, Jr., Esq.
    Nevada Bar No. 7488                             Nevada Bar No. 10600
    8918 Spanish Ridge Avenue, Suite 100            Jared G. Christensen, Esq.
    Las Vegas, Nevada 89148                         Nevada Bar No. 11538
    Attorneys for Plaintiff                         Deleela M. Weinerman, Esq.
                                                    Nevada Bar No. 13985
                                                    1160 N. Town Center Dr. Suite 250
                                                    Las Vegas, Nevada 89144
                                                    Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 5, 2020.