Paul D. Powell, Esq.
Nevada Bar No. 7488
The Powell Law Firm
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER MARTINEZ, individually, | ) |
| | ) CASE NO. 2:19-cv-00603-JAD-NJK |
| Plaintiff, | ) |
| vs. | ) |
| | ) **STIPULATION AND ORDER TO EXTEND** |
| JAMES RIVER INSURANCE COMPANY, DOES | ) **THE DEADLINE FOR FILING THE JOINT** |
| I-X, and ROE CORPORATIONS I-X, inclusive, | ) **PRE-TRIAL ORDER (SECOND REQUEST)** |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff JENNIFER MARTINEZ, by and through her attorney PAUL D. POWELL, ESQ., of the law firm THE POWELL LAW FIRM and Defendant JAMES RIVER INSURANCE COMPANY, by and through their attorneys JARED G. CHRISTENSEN, ESQ., LUCIAN J. GRECO, ESQ., and DELEELA M. WEINERMAN, ESQ., hereby stipulate and agree to continue the deadline to file the Joint Pre-Trial Order from June 4, 2020 to July 2, 2020 so the parties can

/ / /

/ / /

/ / /

/ / /

/ / /

finalize the agreement to submit this case to a binding arbitration. Plaintiff has sent a draft of the binding arbitration agreement to Defendant's counsel and Defendant is still reviewing to see if any changes/additions need to be made. The parties have already agreed whom the arbitrator will be. The parties also anticipate the binding arbitration agreement will be finalized and signed prior to the July 2, 2020 deadline to file the Joint Pre-Trial Order.

DATED this 4th day of June, 2020.                    DATED this 4th day of June, 2020.

THE POWELL LAW FIRM                                   BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Paul D. Powell                                By: /s/ Deleela M. Weinerman
Paul D. Powell, Esq.                                  Lucian J. Greco, Jr., Esq.
Nevada Bar No. 7488                                   Nevada Bar No. 10600
8918 Spanish Ridge Avenue, Suite 100                  Jared G. Christensen, Esq.
Las Vegas, Nevada 89148                               Nevada Bar No. 11538
Attorneys for Plaintiff                               Deleela M. Weinerman, Esq.
                                                      Nevada Bar No. 13985
                                                      1160 N. Town Center Dr. Suite 250
                                                      Las Vegas, Nevada 89144
                                                      Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED**

Dated: June 9, 2020

_____
UNITED STATES MAGISTRATE JUDGE